**FILED**
April 29, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> INDERJIT PUREWAL, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:10-mj-00112-KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Inderjit Purewal</u>; Case <u>2:10-mj-00112-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  \_   Release on Personal Recognizance

  \_   Bail Posted in the Sum of _____

  X   Secured Bond in the Amount of <u>$162,000.00 (or the full equity of the Purewals' home, as long as there is at least $150,000.00 in equity).</u>

  \_   Appearance Bond with 10% Deposit

  \_   Appearance Bond secured by Real Property

  \_   Corporate Surety Bail Bond

  X   (Other) <u>Pretrial Supervision/Conditions and Third Party Custody of Resham Purewal.</u>

Issued at  <u>Sacramento, CA</u>  on  4/29/10  at  9:00 AM

By _____
Kendall J. Newman
United States Magistrate Judge