DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
INDERJIT PUREWAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-mj-00112-KJN |
| Plaintiff, | |
| v. | **MOTION TO EXONERATE BOND AND ORDER** |
| INDERJIT PUREWAL, | |
| Defendant. | |

Following initial Fed.R.Crim.P. 5(c)(3) proceedings (Western District of Washington, Seattle Division; CR 09 0289 RSM), On April 27, 2010, Magistrate Judge Kendall J. Newman ordered Purewal released upon the submission of an agreement to forfeit property and copy of deed with secured bond to be posted. On May 18, 2010, Honorable Mary Alice Theiler, Western District Washington, ordered Purewal released on PR bond (2:09-cr-00289-RSM-3, Docket #25).

After sentencing, Honorable Ricardo S. Martinez ordered Purewal to surrender on April 18, 2011. According to www.bop.gov, Purewal, #19162-

/ / /
/ / /
/ / /

097, is housed at Lompoc.  The United States Pretrial Services Office for the Eastern District of California has related Purewal's family's request that bond be exonerated.

Accordingly, Purewal moves to exonerate bond.

Dated:   September 22, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
INDERJIT PUREWAL

## O R D E R

Defendant having self-surrendered following sentencing on pretrial release.

IT IS ORDERED.  BOND EXONERATED.

Dated: September 23, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Motion to Exonerate Bond              -2-